UNITED STATES DISTRICT COURT
for the
<u>Eastern District of Kentucky</u>
<u>London Division</u>

| | | |
|---|---|---|
| Kimberly S. Roberts | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Sheps and Associates, PLLC | ) | |
| *Defendant* | ) | |
| | ) | |
| _____ | ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**INTRODUCTION**

1.  This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 – 1692o ("FDCPA") in connection with an alleged defaulted debt.  Plaintiff seeks actual, statutory, and punitive damages.

2.  Defendant, Sheps and Associates, PLLC ("Sheps") knowingly and intentionally violated the FDCPA by failing to inform Plaintiff that it was a debt collector attempting to collect a debt, by failing to notify Plaintiff in writing within 5 days of its initial communication with her the identity of the original creditor and the amount of the alleged debt, and by using false and/or misleading tactics in its attempt to collect the alleged debt.

**JURISDICTION**

3.  This Court has jurisdiction over this matter pursuant to 15 U.S.C. §§ 1692k(d) and 28 U.S.C. § 1331.

## PARTIES

4. Plaintiff, Kimberly S. Roberts, is a natural person who resides in Pulaski County, Kentucky. Ms. Roberts is a "consumer" within the meaning of the FDCPA as defined at 15 U.S.C. § 1692a(3).

5. Defendant, Sheps and Associates, PLLC, is a New York law firm regularly engaged in the business of debt collection. Sheps is not registered to do business with the Secretary of State of Kentucky. Sheps' principal place of business is located at 119 Rockland Center, Suite 270, Nanuet, NY 10954.

6. Sheps is engaged in the business of collecting debts on behalf of creditors from citizens of this state. Sheps is a "debt collector" as defined by the FDCPA at 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

7. On November 22, 2012 (Thanksgiving Day) Sheps and/or its agents left the following voice mail on Plaintiffs' answering service:

> This is an attempt by Sheps and Associates Attorneys At Law to contact Kimberly S. Roberts on Thursday, November 24, 2011. Kimberly S. Roberts has failed to respond to prior telephone messages as well as U.S. Mail notifications. Therefore, Sheps and Associates presumes that you do not intend to resolve the matter voluntarily. The firm requests Kimberly S. Roberts contact Sheps and Associates on Monday, November 28, 2011 between 9:00 a.m. and 5:00 p.m. If you do not contact Sheps and Associates by Wednesday at 12:00 noon, the firm will facilitate the necessary paper work for processing recommending that the firm's client proceed to the next course of action. Contact Sheps and Associates Attorneys At Law with reference to your file number LEX 445009. 1-845-738-1880.

2

8.     Apparently, the individual contacting Ms. Roberts was reading from a script with incorrect dates, as the date of the telephone contact was Thursday, November 22, 2012.

## CLAIMS FOR RELIEF

9.     The foregoing acts and/or omissions by Sheps and/or its agents constitute violations of the FDCPA, including, but not limited to:

   a.     Violation of 15 U.S.C. § 1692f(1) by attempting to collect a debt that was not permitted by agreement or by law;

   b.     Employing unfair and/or unconscionable means to collect a debt from Ms. Roberts in contravention of 15 U.S.C. § 1692f;

   c.     Failure to identify itself as a debt collector in contravention of 15 U.S.C. §1692g(11);

   d.     Failure to notify Ms. Roberts in writing within 5 days of the initial communication, which was oral, of the amount of the debt and the name of the creditor to whom the debt is owed in contravention of 15 U.S.C. § 1692g(a)(1) and (2).

## PRAYER FOR RELIEF

10. **WHEREFORE,** Plaintiff, Kimberly S. Roberts, requests that the Court grant the following relief:

   1.     Award of such actual damages as she may prove at trial of this matter;

   2.     Award of statutory damages;

   3.     Award of punitive damages in such amount as a jury may find just and reasonable at trial of this matter;

3

4.  Award of her reasonable attorney's fees and costs expended herein;

5.  Trial by jury on all issues so triable;

6.  Leave to amend her Complaint as proof develops; and

7.  Any and all other such relief to which she may appear entitled.

    Respectfully submitted,

/s/ Kenneth J. Henry
Henry & Associates, PLLC
331 Townepark Circle
Suite 200
Louisville, KY 40243
(502) 245-9100
ken.henry@henry-legal.com
*Counsel for Plaintiff*