UNITED STATES DISTRICT COURT
for the
<u>Eastern District of Kentucky</u>
<u>London Division</u>

| | |
|---|---|
| Kimberly S. Roberts            ) | |
|     *Plaintiff*              ) | |
|                                   ) | |
| v.                             ) | Case No. 6:12-cv-000235-GFVT |
|                                   ) | |
| Sheps and Associates, PLLC     ) | |
|     *Defendant*              ) | |
|                                   ) | |
| _____) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

      Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal with prejudice of all claims in the above-captioned and numbered action.

                                                       Respectfully submitted,

                                                       /s/ Kenneth J. Henry
                                                       Kenneth J. Henry
                                                       Henry & Associates, PLLC
                                                       331 Townepark Circle
                                                       Suite 200
                                                       Louisville, KY 40243
                                                       Phone: (502) 245-9100
                                                       Fax: (866) 929-6903
                                                       E-mail: ken.henry@henry-legal.com

                                                       ATTORNEY FOR PLAINTIFF